**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| S.W., JR., Plaintiff, | : | |
| v. | : | Case No. 5:26-cv-353-TES-AGH |
| COMMISSIONER OF SOCIAL SECURITY, Defendant. | : | |

# ORDER

Pending before the Court are the Commissioner's motion for a more definite statement (ECF No. 5) and motion to apply privacy protections (ECF No. 6). Based on the following, the Court **GRANTS** both motions.

On August 14, 2026, the Commissioner removed this case from the Magistrate Court of Baldwin County, Georgia. Notice of Removal 1, ECF No. 1; Notice of Removal Ex. A, at 2, ECF No. 1-1. In his complaint in the state magistrate court, Plaintiff alleges that the Commissioner "fraudulently took $1[,]727.00 of [his] social security payment[.]" Notice of Removal Ex. A, at 2. Plaintiff makes no other allegation or argument. He states in his complaint that there are other "attached statements." *Id.* However, the Commissioner was not served with these documents, and they are not in the record. Notice of Removal 2. On August 20, 2026, the Commissioner filed the motions for a more definite statement (ECF No. 5) and to apply privacy protections (ECF No. 6).

The Commissioner asks the Court to (1) Order Plaintiff to either (a) confirm the single page complaint served on the Commissioner is the full complaint or (b) file the

entire complaint that Plaintiff intended to serve; (2) Order that if Plaintiff does not respond in either manner within a time set by the Court, the official complaint shall be what is already in the record; and (3) grant Plaintiff those privacy protections afforded under Fed. R. Civ. P. 5.2(c). Mot. for Definite Statement, ECF No. 5; Mot. for Privacy Protections, ECF No. 6. Due to Plaintiff's extraordinarily limited complaint, the complaint's lack of attachments, and the likelihood that the case will involve intimate information present in Plaintiff's medical and other personal or private records, the Court grants the Commissioner's requests.

The Commissioner's motions for a more definite statement (ECF No. 5) and to apply privacy protections (ECF No. 6) are **GRANTED**. Plaintiff is **ORDERED** to file his complaint, either (i) with the attached statements referred to therein or (ii) with new amendments explaining his claims, while also serving it upon the Commissioner, **WITHIN TWENTY-ONE (21) DAYS**. Should Plaintiff fail to do so, the Court will presume the instant complaint (ECF No. 1-1) is complete and it will be the official complaint to which the Commissioner shall file an answer or other responsive pleading, with time to run from Plaintiff's twenty-one (21) day deadline. The Clerk is **ORDERED** to limit electronic access to filings in this case to those individuals authorized access in social security appeals under Fed. R. Civ. P. 5.2(c), such as Plaintiff and the Commissioner.

**SO ORDERED**, this 26th day of August, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE